■ In the Matter of WILLIAM KRAMER et al., Respondents-Appellants, v. KURT K. BEHME, as Clerk of the Town of Brookhaven, et al., Appellants-Respondents. — Order of the Supreme Court, Suffolk County, entered April

26, 1974, affirmed, without costs, insofar as it directed a certificate of approval to be issued and denied appellants' cross motion to dismiss the petition (see *Matter of Soffer* v. *Behme*, 46 A D 2d 847).⁻ Appeal from judgment of the same court, dated February 19, 1974, dismissed, without costs, as academic. The judgment was vacated by the order entered April 26, 1974. Martuscello, Acting P. J., Latham, Brennan and Munder, JJ., concur; Cohalan, J., not voting.